IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHLEEN J. REYNOLDS, an individual;<br><br>   Plaintiff,<br><br>  vs.<br><br>DULTMEIER SALES LIMITED LIABILITY COMPANY, a Nebraska corporation;<br><br>   Defendant. | **8:18CV566**<br><br>**ORDER** |

  Pursuant to the court's rules, a complaint must be served within 90 days of filing the lawsuit. Plaintiff has not filed a return of service indicating service on Defendant Dultmeier Sales LLC, and Defendant Dultmeier Sales LLC has not voluntarily appeared.

  Accordingly,

  IT IS ORDERED that plaintiff shall have until April 16, 2019 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

  Dated this 26th day of March, 2019.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge