IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHLEEN J. REYNOLDS, an individual;<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DULTMEIER SALES LIMITED LIABILITY COMPANY, a Nebraska corporation;<br><br>　　　　　Defendant. | **8:18CV566**<br><br>**ORDER** |

1) The motion to withdraw filed by Terry A. White, as counsel of record for Plaintiff (Filing No. 16), is granted.

2) Terry A White shall provide a copy of this order to Plaintiff and shall file a certificate of service stating she has done so and disclosing Plaintiff's current or last known address.

3) On or before August 8, 2019, Plaintiff shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of her intent to litigate this case without the assistance of counsel. The failure to do so may result in dismissal of Plaintiff's claims without further notice.

Dated this 18th day of July, 2019.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　United States Magistrate Judge