IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHLEEN J. REYNOLDS, an individual;<br><br>          Plaintiff,<br><br>   vs.<br><br>DULTMEIER SALES LIMITED LIABILITY COMPANY, a Nebraska corporation;<br><br>          Defendant. | **8:18CV566**<br><br>**ORDER** |

As requested in the plaintiff's motion, (Filing No. 20), which is hereby granted,

IT IS ORDERED that Plaintiff is given until September 7, 2019 to either obtain the services of counsel and have that attorney file an appearance in this case or file a statement stating she will litigate the case without assistance of counsel.

August 5, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge