IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHLEEN J. REYNOLDS, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>DULTMEIER SALES LIMITED LIABILITY COMPANY, a Nebraska corporation;<br><br>Defendant. | 8:18CV566<br><br>**FINDINGS AND RECOMMENDATION** |

    Plaintiff's former counsel was granted leave to withdraw on July 18, 2019. (Filing No. 17). The order granting counsel's leave to withdraw gave Plaintiff until August 8, 2019 to either a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a notice of intent to pursue this case without the assistance of counsel, Plaintiff was also warned that failure to comply with the court's order may result in a dismissal of Plaintiff's claims without further notice. (Filing No. 17). The order was provided to Plaintiff.

    Plaintiff referenced Filing No. 17 in her motion for continuance, filed on August 5, 2019, requesting an additional month to obtain the services of counsel. (Filing No. 20) Her motion was granted, and she was given until September 7, 2019, to either obtain the services of counsel and to have that attorney file an appearance in this case or file a statement stating she will litigate the case without the assistance of counsel. (Filing No. 21)

    Plaintiff Kathleen J. Reynolds failed to comply with the court's order.

    Accordingly,

IT IS RECOMMENDED to the Honorable Laurie Smith Camp, United States District Judge pursuant to 28 U.S.C. § 636(b), that Plaintiff Reynold's claims be dismissed for want of prosecution and without further notice.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

IT IS FURTHER ORDERED: The clerk shall mail a copy of this recommendation to Plaintiff at the following address:

>   Kathleen J. Reynolds
>   17412 Hickory Circle
>   Omaha, NE 68130

Dated this 20th day of September, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge